## A09A0269. THE HARPAGON COMPANY, LLC v. HUFF.
(695 SE2d 402)

BLACKBURN, Judge.

In *Huff v. The Harpagon Co.,*[1] the Supreme Court of Georgia affirmed the judgment reached by this Court in *The Harpagon Co. v. Huff.*[2] Nevertheless, the Supreme Court disagreed with some of the analysis set forth in our opinion and further directed this Court to vacate our holding in Division 1 as advisory. The Supreme Court did not address our holding in Division 3, but that Division relied on the analysis in Division 1 found advisory by the Supreme Court.

Accordingly, we vacate our entire opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Adams and Doyle, JJ., concur.*

DECIDED MAY 12, 2010.

*Proctor, Hutchins & Porterfield, Robert J. Proctor, Cristine L. Patterson,* for appellant.

*Page, Scrantom, Sprouse, Tucker & Ford, James C. Clark, Jr., Travis C. Hargrove,* for appellee.

*Troutman Sanders, T. Jerry Jackson, Kevin G. Meeks, Andrew, Merritt, Reilly & Smith, Michael T. Smith,* amici curiae.

---

[1] *Huff v. The Harpagon Co.,* 286 Ga. 809 (692 SE2d 336) (2010).

[2] *The Harpagon Co. v. Huff,* 296 Ga. App. 107 (673 SE2d 592) (2009).